AO 108 (Rev. 06/09)  Application for a Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| In the Matter of the Seizure of | ) | |
| *(Briefly describe the property to be seized)* | ) | |
| TWO VEHICLES AND FUNDS FROM | ) | Case No.   22-sz-22 |
| ONE BANK ACCOUNT PURSUANT TO | ) | |
| 18 U.S.C. § 981(a)(1)(C) | ) | |

## APPLICATION FOR A WARRANT TO SEIZE
## PROPERTY SUBJECT TO FORFEITURE

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the <u>Jurisdiction of the</u> District of <u>Columbia</u> is subject to forfeiture to the United States of America under <u>18 U.S.C. § 666(a)(1)(A); 18 U.S.C. § 1343; 18 U.S.C. § 981(a)(1)(C)</u>

(describe the property): See Attachments A-1 through A-3, hereby incorporated by reference.

The application is based on these facts:

SEE ATTACHED AFFIDAVIT WHICH IS INCORPORATED HEREIN BY REFERENCE.

❐ Continued on the attached sheet.

_____
*Applicant's signature*

Elizabeth Hadley, Special Agent
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:   10/12/2022
_____
*Judge's signature*

City and state:   Washington, D.C.

Moxila A. Upadhyaya, United States Magistrate Judge
_____
*Printed name and title*

AO 109 (Rev. 12/09)  Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br>TWO VEHICLES AND FUNDS FROM<br>ONE BANK ACCOUNT PURSUANT TO<br>18 U.S.C. § 981(a)(1)(C) | )<br>)<br>)<br>)<br>)<br>)   Case No.  22-sz-22 |

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____Jurisdiction of the_____ District of _____Columbia_____ be seized as being subject to forfeiture to the United States of America.  The property is described as follows:

See Attachments A-1 through A-3, hereby incorporated by reference.

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before _____10/26/2022_____
*(not to exceed 14 days)*

☑ in the daytime – 6:00 a.m. to 10:00 p.m.          ☐ at any time in the day or night, as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to United States Magistrate Judge _____Moxila A. Upadhyaya_____ .
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30).*

☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:      _____10/12/2022_____          _____
*Judge's signature*

City and state:      _____Washington, D.C._____          Moxila A. Upadhyaya, United States Magistrate Judge
*Printed name and title*

AO 109 (Rev. 12/09)  Warrant to Seize Property Subject to Forfeiture (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>22-sz-22 | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of: | | |
| Inventory of the property taken: | | |

| Certification |
|---|
|        I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge. |

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

**Attachment A-1**

*Vehicle to be seized*

The property to be seized is a 2018 Jeep Wrangler Unlimited Rubicon with vehicle identification number 1C4HJXFG5JW194407.

## **Attachment A-2**

*Vehicle to be seized*

The property to be seized is a 2020 Suzuki King All-Terrain Vehicle (ATV) with vehicle identification number 5SAAK4D33L7101767.

**Attachment A-3**

*Bank account to be seized*

The property to be seized is funds up to $31,651.20 in Capital One Bank account 36048945399.

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

IN THE MATTER OF THE SEIZURE OF    )
TWO VEHICLES AND FUNDS FROM    )
ONE BANK ACCOUNT PURSUANT TO    )    SZ No. 22-sz-22
18 U.S.C. § 981(a)(1)(C)    )

## **AFFIDAVIT IN SUPPORT OF APPLICATION FOR SEIZURE WARRANTS**

I, Elizabeth J. Hadley, being duly sworn, depose and state the following:

### **INTRODUCTION**

1.    I have been a Special Agent with the Federal Bureau of Investigation ("FBI") since June 2009 and am currently assigned to the Washington Field Office to a squad that investigates public corruption, violations of civil rights, and fraud against the government. Since joining the FBI, I have investigated, among other things, federal criminal violations related to the corruption of public officials, fraud against the government, health care fraud, mortgage fraud, bank fraud, corporate embezzlement, and investment fraud. I have participated in the execution of numerous search and seizure warrants conducted by the FBI and in the seizure of various types of evidence and assets. Prior to my service with the FBI, I was a Certified Public Accountant.

2.    The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and agencies. Because this affidavit is being submitted for the limited purpose of enabling this Court to make a judicial determination of probable cause to issue seizure warrants, I have not included each and every fact known to me concerning this investigation.  I have set forth only the facts that I believe are necessary to establish the legal basis for the issuance of seizure warrants. Unless specifically indicated, all conversations and statements described in this affidavit are related in substance and

in part only and are not intended to be a verbatim recitation of such statements. The dates and times listed in this affidavit should be read as "on or about" dates.

3.      As further described below, this affidavit is made in support of an application for seizure warrants for properties traceable to federal funds theft and wire fraud. I submit that there is probable cause to believe that KEVIN "SCOOTER" WARD ("WARD") engaged in a scheme to defraud KIPP DC, his former employer, in violation of 18 U.S.C. § 1343 (scheme to defraud by wire) and 18 U.S.C. § 666 (federal funds theft).

4.      This affidavit is submitted in support of an application for seizure warrants for the following property:

     a.   2018 Jeep Wrangler Unlimited Rubicon with vehicle identification number 1C4HJXFG5JW194407, registered in the name of Kevin L. Ward;

     b.   2020 Suzuki King All-Terrain Vehicle (ATV) with vehicle identification number 5SAAK4D33L7101767 and accessories; and

     c.   Funds up to $31,651.20 in Capital One Bank account XXXXXXX5399.

## APPLICABLE LAW

### Wire Fraud

5.      Title 18, United States Code, Section 1343 provides, in relevant part, that "[w]hoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, transmits or causes to be transmitted by means of wire, radio, or television communication in interstate or foreign commerce, any writings, signs, signals, pictures, or sounds for the purpose of executing such scheme or artifice," shall be guilty of a federal offense.

### Theft Concerning Programs Receiving Federal Funds

6.      Title 18 United States Code, Section 666(a)(1)(A) provides, in relevant part, that "[w]hoever, if the circumstance described in subsection (b) of this section exists, being an agent of an organization, or of a state, local, or Indian tribal government, or any agency thereof, embezzles, steals, obtains by fraud, or otherwise without authority knowingly converts to the use of any person other than the rightful owner or intentionally misapplies, property that is valued at $5,000 or more, and is owned by, or is under the care, custody, or control of such organization, government, or agency" shall be guilty of a federal offense.[1]

<u>Asset Forfeiture Statutes</u>

7.      The proceeds of wire fraud and theft or bribery concerning programs receiving federal funds are subject to forfeiture under federal law.  Pursuant to 18 U.S.C. § 981(a)(1)(C), any property, real or personal, which constitutes or is derived from proceeds traceable to any offense constituting "specified unlawful activity," as defined in 18 U.S.C. § 1956(c)(7), is subject to civil forfeiture.  Violations of 18 U.S.C. §§ 666 and 1343 are included within the definition of "specified unlawful activity."[2]

8.      Pursuant to 18 U.S.C. § 981(b)(3), property subject to civil forfeiture may be seized via a civil seizure warrant issued by a judicial officer "in any district in which a forfeiture action against the property may be filed," and may be executed "in any district in which the property is found," if there is probable cause to believe the property is subject to forfeiture.[3]

---

[1] Subsection (b) provides: "The circumstance referred to in subsection (a) of this section is that the organization, government, or agency receives, in any one year period, benefits in excess of $10,000 under a Federal program involving a grant, contract, subsidy, loan, guarantee, insurance, or other form of Federal assistance."

[2] As an act or activity constituting a RICO offense, wire fraud is a specified unlawful activity, 18 U.S.C. § 1956(c)(7)(A), referencing 18 U.S.C. § 1961(1), and theft of public funds is an enumerated specified unlawful activity under 18 U.S.C. § 1956(c)(7)(D).

[3] Pursuant to 28 U.S.C. § 1355(b)(1), a forfeiture action may be brought in the district court for the district in which any of the acts or omissions giving rise to the forfeiture occurred. Further, pursuant to 28 U.S.C. § 1355(d), any court with jurisdiction over a forfeiture action pursuant to subsection (b) may issue and cause to be served in any other

**PROCEDURAL HISTORY**

9.     On June 23, 2022, the Honorable Zia M. Faruqui, United States Magistrate Judge for the District of Columbia, issued a seizure warrant pursuant to Title 18, United States Code, Sections 666(a)(1)(A), 981(a)(1)(C), 1343, and Title 28 U.S.C. Section 2461(c), authorizing the government to seize the following property:

a.   2020 Jeep Gladiator with vehicle identification number 1C6JJTBG8LL163065, registered in the name of Kevin L. Ward;

b.   2021 Tesla Model S Plaid with vehicle identification number 5YJSA1E64MF451027, registered in the name of Kevin L. Ward;

c.   2020 TAXA CRICKET with vehicle identification number 4T9AC1519LH049070;

d.   2020 Tesla Model Y with vehicle identification number 5YJYGDEF9LF009921, registered in the name of Chad W. Copeland;[4]

e.   2017 Alfa Romeo Giulia with vehicle identification number ZARFAEAV0H7519119, registered to Kevin L. Ward;

f.   2012 Subaru Impreza Sedan with vehicle identification number JF1GV8J67CL002287;

g.   2018 Jeep Wrangler (JK Unlimited), with vehicle identification number 1C4HJXFG5JW121456;

h.   1990 Jeep Wrangler (YJ), with vehicle identification number 2J4FY19E2LJ550200;

---

district such process as may be required to bring before the court the property that is the subject of the forfeiture action.

[4] Chad W. Copeland was Kevin L. Ward's spouse.

     i.   2015 Ducati Diavel, with vehicle identification number ZDM13BSW4FB020780;

     j.   2020 Ford Super Duty F-450, with vehicle identification number 1FT8W4DT9LEC71644; and

     k.   Assorted Art and Sports Memorabilia, including the following items:

        i.  "Michael Jordan, Into the Record Books", Limited Edition #11 of 50, Artist Recreation on Canvas, Autographed;

        ii.  "Colin Kaepernick, New Breed", Limited Edition #9 of 30, Artist Recreation on Canvas, Autographed;

       iii.  "Jerry Rice, The Pinnacle", Limited Edition #11 of 24, Artist Recreation on Canvas, Autographed;

       iv.  "Troy Aikman, Precision", Limited Edition #21 of 22, Artist Recreation on Canvas, Autographed;

       v.  "Eli Manning, Championship State of Mind", Limited Edition #16 of 25, Artist Recreation on Canvas, Autographed; and

       vi.  "Walter Payton, Class Act", Limited Edition #3 of 99, Artist Recreation on Canvas.

Dkt No. 1:22-sz-14, ECF No. 1.

10.    On August 29, 2022, the Government filed a Complaint for Civil Forfeiture *in Rem* against the property previously seized with federal seizure warrants, and the following real property:

     a.  The real property located at 1188 Red Fern Lane, Augusta, West Virginia 26704, with all appurtenances, improvements, and attachments thereon; and

   b.   The real property located at 1278 Red Fern Lane, Augusta, West Virginia

        26704, with all appurtenances, improvements, and attachments thereon.

*United States v. United States v. Real Property Located At 1188 Red Fern Lane, Augusta, West*

*Virginia 26704 et al.*, Case No. 1:22-cv-02596 (D.D.C.).

## PROBABLE CAUSE

11.    KIPP DC is a network of charter schools in the District of Columbia and part of the

system of District of Columbia Public Schools. It was founded in 2001 and currently consists of

20 schools and eight campuses. KIPP DC provides tuition-free public schooling for approximately

7,000 students. At all times relevant to this action, KIPP DC annually received more than $10,000

in Federal program grants. Between July 1, 2019 and June 30, 2020, KIPP DC received

approximately $1,372,412 in federal grants, and between July 1, 2020 and June 30, 2021, KIPP

DC received approximately $3,426,314 in federal grants.

12.    Kevin Ward ("WARD") was the Senior Director of Technology for KIPP DC until

at least July 2021. In that role, WARD was responsible for, among other things, purchasing

information technology products and services for KIPP DC, including computers, tablets,

software, and network services. Sometime after July 2021, WARD took a leave of absence from

KIPP DC and ultimately left its employment.

13.    Beginning on March 16, 2020, the District of Columbia ordered public schools,

including KIPP DC schools, closed due to the onset of the COVID-19 pandemic. KIPP DC

therefore transitioned to remote learning. Accommodating remote learning required that KIPP DC

purchase additional computer products, including laptops and tablets, and services for those

products and for its network. WARD was primarily responsible for the purchase and deployment

of these products and services.

14.     Tenret Tech was a Maryland corporation registered on April 13, 2020, with the Maryland State Department of Assessment & Taxation ("SDAT")—less than one month after the pandemic began. The Articles of Organization identify the corporation's Authorized Person and the Resident Agent as WARD and its address as WARD's home address. On January 14, 2021, Tenret Tech filed with SDAT Articles of Cancellation, identifying WARD as a member and its Principal Office Address as WARD's home address.

15.     Vast Systems, an affiliate corporation of Tenret Tech, was registered in Wyoming on June 16, 2020. The registered agent was listed as Capital Administrations LLC, 1712 Pioneer Avenue, Suite 115, Cheyenne, Wyoming 82001. On January 14, 2021, the internet domain for Vast Systems, vastsystems.co, was registered—the same date that Tenret Tech filed its Articles of Cancellation. Vast Systems subsequently purported to do business as Tenret Tech.

16.     Anybill Financial Services ("Anybill") is a third-party vendor used by KIPP DC to process invoices for payment, through a software program it provided to KIPP DC.

17.     Between April 2020 and October 2021, KIPP DC paid Tenret Tech and Vast Systems, DBA Tenret Tech (hereinafter collectively referred to as "Tenret Tech"), approximately $2.2 million for laptops, tablets, and related services, all of which were arranged for and approved by WARD.

18.     None of the products or services for which KIPP DC paid Tenret Tech were provided or delivered to KIPP DC.

**Tenret Tech's Invoices to KIPP DC**

19.     On April 6, 2020, WARD submitted an invoice via email to an email address with Anybill, for the purpose of having KIPP DC process and approve the invoice for payment. The Sales Order Acknowledgement form listed "Tenret Technology" as the vendor, was dated April 3,

2020, listed KIPP DC as the "Customer," and sought payment for 1,000 Android tablets at an invoiced cost of $52,500. The invoice stated that the "Date Needed" was "ASAP" and that the "Ship Date" was "TBD." It listed the "POC" as "Scooter Ward" and contained the name "Jonathan Humphrey" under Tenret Tech. The invoice requested payment by ACH transfer. "Scooter Ward" is an alias of Kevin Ward.

20.    Three days earlier, on Friday April 3, 2020, WARD sent an email to other KIPP DC employees telling them to "please be on the lookout for similar information later today or Monday from Tenret Tech who is supplying the last 1000 units" and stating, "We HAVE to get this paid and out ASAP so that they will ship. Please send me back any ACH or wire confirmations we receive." An Accounting Manager replied to WARD's email asking him to provide "your point of contact at TenRet forward their ACH and W-9 information to Accounts Payable?" WARD replied, "I will send that as soon as I get it from them." On April 7, 2020, an ACH transfer for $52,500 to Tenret Technology was initiated.

21.    On April 29, 2020, funds in the amount of $52,500 from KIPP DC were deposited into Azlo Bank / BBVA (PNC Bank) account ending #9355.

22.    Between April 3, 2020, and October 27, 2021, KIPP DC paid Tenret Tech, and Vast Systems d/b/a Tenret Tech, $2,229,418.97 for products and services, as set forth in the table below. None of the products and services were provided or delivered to KIPP DC. All of the purchases were arranged for and approved by WARD. All the invoices were functionally identical to the April 3, 2020, invoice described above, listing WARD as the "POC," identifying a "Jonathan Humphrey" with Tenret Tech, and stating that the "Date Needed" was "ASAP" and the "Ship Date" was "TBD." WARD requested that the KIPP DC Accounts Payable team expedite many of the invoices and directed that at least some of them be coded as "Tech/COVID Expenses." Most

invoices directed payment to a specific bank account, including Azlo Bank / BBVA (PNC Bank) account ending #9355. The invoices submitted for payment, all of which were paid in full by KIPP DC, included the following:

| Invoice Date | Product | Quantity | Amount |
|---|---|---|---|
| 4/3/2020 | Android Tablets | 1,000 | $52,500.00 |
| 4/10/2020 | Google Chrome Management | 1,500 | $37,125.00 |
| 4/10/2020 | Acer Chromebooks, White Glove Service, Google Chrome Management | 500 | $108,875.00 |
| 4/10/2020 | 13-inch MacBook Air | 150 | $75,000.00 |
| 4/24/2020 | Acer Chromebooks, White Glove Service and Google Chrome Management | 550 | $119,762.50 |
| 4/24/2020 | HyperV-EDU and White Glove Service | ENT[5] | $112,219.04 |
| 5/29/2020 | Acer Chromebooks, White Glove Service, Google Chrome Management | 400 | $128,500.00 |
| 6/13/2020 | Google Classroom Admin | 10,000 | $79,500.00 |
| QUOTE[6] | Content Filtering Modules CB | 12,000 | $247,898.00 |
| QUOTE | Element Threat Protection Server Licenses / Tools | 12,000 | $54,280.00 |
| 9/10/2020 | Identity Guard | ENT | $48,563.93 |

---

[5] ENT is listed as the "quantity" indicated on the Sales Order and Acknowledgment form.

[6] "Quote" is entered in the date field on the Sales Order and Acknowledgement form.

| Invoice Date | Product | Quantity | Amount |
|---|---|---|---|
| QUOTE | Acer Chromebooks, White Glove Service and Google Chrome Management | 750 | $163,312.50 |
| QUOTE | Acer Chromebooks, White Glove Service and Google Chrome Management | 1200 | $356,700.00 |
| 3/1/2021 | Content Filtering Modules CB | 12000 | $407,800.00 |
| 9/21/2021 | Content Filtering Modules CB | Platform | $237,383.00 |
| **TOTAL** = $2,229,418.97 | | | |

23.     Between April 16, 2020, and October 22, 2021, KIPP DC made 12 payments to Tenret Tech and Vast Systems d/b/a Tenret Tech totaling $2,229,418.97 in proceeds. These proceeds were deposited between April 16, 2020, and March 4, 2021, in the BBVA k/n/a PNC Bank # 9355 account totaling $1,992,035.97, with one payment deposited in the Brex Treasury account # 4907 on October 22, 2021, totaling $237,383.00:

| Amount | Payee | Bank | Account No. | ACH Payment Date |
|---|---|---|---|---|
| $37,125 | Tenret Tech | Azlo Bank / BBVA (PNC Bank) | x9355 | 4/16/20 |
| $183,875 | Tenret Tech | Azlo Bank / BBVA (PNC Bank) | x9355 | 4/20/20 |
| $231,981.54 | Tenret Tech | Azlo Bank / BBVA (PNC Bank) | x9355 | 4/28/20 |
| $52,500 | Tenret Tech | Azlo Bank / BBVA (PNC Bank) | x9355 | 4/29/20 |
| $128,500 | Tenret Tech | Azlo Bank / BBVA (PNC Bank) | x9355 | 6/4/20 |
| $79,500 | Tenret Tech | Azlo Bank / BBVA (PNC Bank) | x9355 | 6/18/20 |

| Amount | Payee | Bank | Account No. | ACH Payment Date |
|---|---|---|---|---|
| $302,178 | Tenret Tech | Azlo Bank / BBVA (PNC Bank) | x9355 | 7/7/20 |
| $48,563.93 | Tenret Tech | Azlo Bank / BBVA (PNC Bank) | x9355 | 9/18/20 |
| $163,312.50 | Tenret Tech | Azlo Bank / BBVA (PNC Bank) | x9355 | 10/5/20 |
| $356,700 | Tenret Tech | Azlo Bank / BBVA (PNC Bank) | x9355 | 11/2/20 |
| $407,800 | Tenret Tech | Azlo Bank / BBVA (PNC Bank) | x9355 | 3/4/21 |
| $237,383 | Vast Systems d/b/a Tenret Tech | LC Bank / BREX | x4907 | 10/22/21 |
| **Total:** | **$2,229,418.97** | | | |

24.     These bank accounts were almost entirely funded with fraud proceeds. The funds received from KIPP DC deposited into the BBVA k/n/a PNC Bank # 9355 account totaled at least approximately $1,992,035.97 out of the $1,998,923.23 total deposits to the account.  The $237,383 deposited to the Brex Treasury LLC account on September 7, 2021, was the only deposit to the account. The KIPP DC funds were initially sent to an account at Eagle Bank maintained by Anybill, and were processed through Eagle Bank's servers located in Arizona before being deposited into the PNC Bank and Brex Treasury accounts designated by WARD. The bank records indicate that the funds were not expended for computer products and services for KIPP DC. Instead, funds from these accounts were used to purchase real property, vehicles, art, and other property.

**KIPP DC's Discovery of the Fraud**

25.     In November or December 2021, KIPP DC officials conducting a review of expenditures and inventory discovered that Tenret Tech had not provided any of the products and services purchased by KIPP DC. KIPP DC officials corresponded with WARD on multiple

occasions. For example, on December 14, 2021, following a conference with WARD, a KIPP official emailed WARD: "Here were questions that we talked through. Please, please, please try to get me something by EOD today (5pm) just in terms of contact info for them. Folks are really worried about the $2.2M we spent with them since we can't get in touch." The email also stated, in boldface print, "We can talk through, but I think the most helpful thing might just be getting me rep at Tenret for support/billing/etc.?"

26.     Shortly before midnight on December 14, 2021, WARD, who was located in West Virginia, emailed a KIPP DC employee who lived and worked in the District of Columbia, stating: "I reached out to the number that I had in my received calls from John Humphrey at Tenret. That number is [XXX.XXX].8388.  I left two voicemails letting him know the urgency to get back to you and that you'd emailed him. Let me know if there is anything else I can do to help. I will call him in the morning as well. I believe they are in the mountain time zone." The next day, at 8:56 a.m. on December 15, 2021, WARD emailed the KIPP DC employee from West Virginia, and stated: "[l]eft another message and forwarded your email as well asking that he make contact with you ASAP."

27.     No real individual named "John Humphrey" has been identified in connection with these transactions, and it is alleged that Tenret Tech was created for the purpose of submitting invoices for technology products and services that were not, in fact, provided to KIPP DC.

**Jeep Wrangler (Unlimited Rubicon)**

28.     On June 13, 2018, WARD purchased a 2018 Jeep Wrangler Unlimited Rubicon ("2018 Jeep Wrangler"), VIN 1C4HJXFG5JW194407, from Criswell Performance Cars Inc., in Gaithersburg, Maryland for an invoice price of $51,941, plus taxes and fees. WARD made an $18,000 down payment on the 2018 Jeep Wrangler and financed the remaining $42,324.73, which

included taxes and fees, through Capital One Auto Finance. The Capital One Auto Finance monthly loan payments of $808.59 for the 2018 Jeep Wrangler were typically funded by automatic withdrawals from Capital One account ending #5399, a checking account held by WARD. In each of the following instances, a monthly loan payment for the 2018 Jeep Wrangler was funded with deposits KIPP DC made into Azlo Bank/BBVA (PNC Bank) account ending #9355.

29.     On April 30, 2020, the ending balance in the Capital One #5399 was an overdraft of $37.53. On May 1, 2020, there was a $85,000 deposit into Capital One #5399 from Tenret Tech. On May 4, 2020, a payment was issued from Capital One #5399 to payee Capital One Auto for $808.59. Between May 1, 2020 and the payment to Capital One Auto on May 4, 2020, there were no additional deposits made into Capital One #5399. Azlo/PNC Bank #9355 records reflect an $85,000 transfer to WARD on April 30, 2020. This transfer was funded with deposits from KIPP DC in the amounts of $231,981.54 and $52,500 made to Azlo/PNC Bank #9355 on April 28, 2020 and April 29, 2020, respectively.

30.     On October 5, 2020, the ending balance in the Capital One #5399 was $188.12. On October 6, 2020, there was a $30,000 deposit into Capital One #5399 from Tenret Tech. Also on October 6, 2020, a payment was issued from Capital One #5399 to payee Capital One Auto for $808.59. There were no additional deposits made into Capital One #5399 on October 6, 2020. Azlo/PNC Bank #9355 records reflect a $30,000 transfer to WARD on October 5, 2020. This transfer was funded with a deposit from KIPP DC in the amount of $163,312.50 made to Azlo/PNC Bank #9355 on October 5, 2020.

31.     Separately, WARD commissioned Chaos Fabrication Shop LLC ("Chaos"), a vehicle fabrication business in Winchester, Virginia, to complete $50,302.01 worth of alterations to the 2018 Jeep Wrangler. Almost all of the alterations, including $28,114.33 for vehicle parts,

were paid for with funds from Azlo/PNC Bank #9355. Azlo/PNC Bank #9355 was opened on April 13, 2020. On April 16, 2020, the account received a deposit from KIPP DC in the amount of $37,125. On April 20, 2020, the account received a deposit from KIPP DC in the amount of $183,875. On April 21, 2020, there was a transfer from Azlo/PNC Bank #9355 to Chaos for $110,000, which included a partial payment of $50,029.50 on the aforementioned alterations to the 2018 Jeep Wrangler. The funds received from KIPP DC were the only funds in the account available to fund the transfer to Chaos for the alterations to the 2018 Jeep Wrangler.

32.     In approximately March 2021, WARD commissioned Chaos to complete $10,757.91 worth of additional alterations to the 2018 Jeep Wrangler. Almost all of the alterations, including $2,864.76 for vehicle parts, were paid for with funds from Azlo/PNC Bank #9355. On March 3, 2021, Azlo/PNC Bank #9355 had an ending balance of $16.29. On March 4, 2021, the account received a deposit from KIPP DC in the amount of $407,800. Azlo/PNC Bank #9355 records reflect a $300,000 transfer to WARD on March 8, 2021. On March 9, 2021, a $300,000 deposit from Tenret Tech was made to Capital One account ending #1966, a savings account held by WARD. Prior to this deposit, the balance of Capital One account ending #1966 was $309.15. On April 5, 2021, a Cashier's Check was issued from Capital One #1966 to Chaos Fab Shop for $25,432.62, which included partial payment of $9,225.24 on the aforementioned alterations to the 2018 Jeep Wrangler. Between March 9, 2021 and April 5, 2021, there were two additional deposits made into Capital One #1966 totaling $337.44. Apart from the $337.44, the funds received from KIPP DC were the only funds in the account available to fund the Cashier's Check to Chaos for the alterations to the 2018 Jeep Wrangler.

### Suzuki King Quad 4X4 400 ASI All-Terrain Vehicle (ATV) And Accessories

33.     On or about August 7, 2020, WARD purchased a 2020 Suzuki King Quad, Four-

Wheel, All-Terrain Vehicle (ATV) ("2020 Suzuki ATV"), VIN 5SAAK4D33L7101767, from Romney Cycles, in Romney, West Virginia for an invoice price of $6,084.21, including taxes and fees. On October 14, 2020, WARD purchased accessories for the 2020 Suzuki ATV, namely a cover, winch, plow blade, and ATV trailer for an invoice price of $1,290.36, including taxes and fees. WARD paid in full for the 2020 Suzuki ATV and the ATV accessories using his Visa debit card #6039. WARD's Visa debit card #6039 was linked to WARD's BBVA k/n/a PNC Bank account #9355.

34.     On July 6, 2020, WARD's BBVA k/n/a PNC account #9355 had an ending balance of $11,722.64. On July 7, 2020, the account received a deposit from KIPP DC in the amount of $302,178.00. The closing balance on July 31, 2020 was $39,500.18, indicating that the pre-existing balance of $11,722.64 had been depleted. On August 10, 2020, there was a debit card purchase from this account to Romney Cycles for $6,084.21, which was payment in full for the 2020 Suzuki ATV.  On October 5, 2020, WARD's BBVA k/n/a PNC account #9355 had an ending balance of $206.86. On October 5, 2020, the account received a deposit from KIPP DC in the amount of $163,312.50. On October 16, 2020, there was a debit card purchase from Romney Cycles for $1,290.36, funded with a debit from PNC account #9355, which was payment in full for the 2020 Suzuki ATV accessories.

### Capital One Bank Account XXXXXXX5399

35.     It is further alleged that the remaining balance of Capital One account XXXXXXX5399 in the approximate amount of $31,651.20 is traceable to funds WARD fraudulently obtained from KIPP DC. Specifically, it is alleged that WARD purchased a 2020 Tesla vehicle with funds fraudulently obtained from KIPP DC, and then later sold the vehicle and deposited the proceeds into Capital One account XXXXXXX5399.

36.     On or about June 22, 2020, WARD purchased a 2020 Tesla, Model Y, Utility Performance AWD, VIN 5YJYGDEF3LF001829 ("2020 Tesla"), via a private sale from an individual living in Charlotte, North Carolina. On or about June 22, 2020, a bill of sale was executed between WARD and the individual from Charlotte, North Carolina, which was notarized in Broward County, Florida, on the same date. The vehicle was purchased with a cashier's check dated May 1, 2020 for $76,500.  On or about July 22, 2020, WARD registered the 2020 Tesla in the State of Maryland.

37.     WARD's purchase of the 2020 Tesla was funded with a withdrawal from his Capital One checking account #5399. On or about May 1, 2020, WARD purchased cashier's check #9104914986 drawn from his Capital One account #5399 in the amount of $76,500.00 to an individual living in Charlotte, North Carolina for the purchase of the 2020 Tesla. On April 30, 2020, WARD transferred $85,000.00 from BBVA k/n/a PNC Bank account #9355 to Capital One account #5399. This transfer was funded with deposits from KIPP DC to PNC Bank account #9355 in the amounts of $231,981.54 on April 28, 2020, and $52,500 on April 29, 2020. On May 1, 2020, the $85,000.00 was documented in WARD's Capital One account XXXXXXX5399 statement as a deposit from Tenret Tech. At the time of the deposit, the balance in WARD's Capital One account XXXXXXX5399 was negative (-) $37.53. WARD used a portion of the transferred funds to fund cashier's check #9104914986 to purchase the 2020 Tesla.

38.     On or about January 12, 2022, WARD sold the 2020 Tesla to Antwerpen Chevrolet, 8110 Sykesville Road, Eldersburg, Maryland 21784, for $60,000.00. A check #13059 drawn on Antwerpen Chevrolet's Sandy Spring Bank account was issued to WARD in the amount of $60,000.00. On or about January 13, 2022, Antwerpen Chevrolet's check for $60,000.00 was deposited in WARD's Capital One account XXXXXXX5399.

39.     WARD died on January 25, 2022, in a public park in McLean, Virginia. During

May 2022, Capital One froze WARD's account XXXXXXX5399 due to his death. On or about

October 3, 2022, Capital One reported the balance in WARD's account XXXXXXX5399 to be

$31,651.20.

40.     Prior to the $60,000.00 deposit to WARD's Capital One account XXXXXXX5399

on January 13, 2022, the account had a balance of $3,103.02. Capital One account

XXXXXXX5399 received additional deposits after the deposit of the $60,000 check from the sale

of the 2020 Tesla as follows:

| Date | Amount | Source |
|---|---|---|
| 1/14/22 | $4,170.39 | Eastbanc |
| 1/29/22 | $5,332.83 | Eastbanc |
| 2/10/22 | $149.00 | Impactive Standard |
| 4/12/22 | $19.10 | Progressive Select Insurance |
| 4/13/22 | $488.04 | Progressive Select Insurance |

Debits continued to be made from Capital One account XXXXXXX5399 after the deposit of the

$60,000 check from the sale of the 2020 Tesla, mainly in the form of automatic debits. However,

the account balance did not drop below the current balance of approximately $31,651.20. Under

the lowest intermediate balance rule (LIBR) or proceeds-out-last financial tracing approach,

tainted funds remain in a bank account and are available to be traced provided that the account

balance does not fall below the amount of the disputed funds. Therefore, using a LIBR approach,

a portion of the funds derived from the sale of the 2020 Tesla are still on deposit in Capital One

account XXXXXXX5399. *United States v. $56,471,329.88 in Proceeds From the Sale of a Bond

Belonging to Airbus SE*, 466 F.Supp.3d 63, 66 (D.D.C. 2020) ("This Court adopts LIBR as the

preferred tracing method, as it is the prevailing option.").

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Respectfully submitted,

_____
Elizabeth J. Hadley
Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on October 12, 2022.

_____
HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE